UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLUMBUS CHRIS WILLIAMS | CIVIL ACTION |
| VERSUS | NO. 21-1239 |
| TERREBONNE PARISH CLERK OF COURTS OFFICE, ET AL. | SECTION "I" (2) |

# ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and the response by plaintiff, Columbus Chris Williams, approves the Magistrate Judge's Findings and Recommendation and adopts it as amended and as set forth below. Accordingly,

**IT IS ORDERED** that Columbus Chris Williams' 42 U.S.C. § 1983 complaint is **DISMISSED WITHOUT PREJUDICE** at the request of the plaintiff.[1]

New Orleans, Louisiana, this 18th day of October, 2021.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] The plaintiff finally responded to this lawsuit, Rec. Doc. No. 6, and requested a dismissal without prejudice.